ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED-USDC-NDTX-DA
'24 JUL 2 AM11:47

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-cr-157-P |
| TIMOTHY MULLER (01) | |

INDICTMENT

The Grand Jury Charges:

Count One
Interstate Communications
(Violation of 18 U.S.C. § 875(c))

On or about June 11, 2024, in the Northern District of Texas and elsewhere, defendant, **Timothy Muller**, knowingly transmitted in interstate and foreign commerce a telephonic communication containing threats to injure the person of another, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as a threat, namely, **Timothy Muller** called a federal agent with the Federal Bureau of Investigation ("FBI") and left a voicemail threatening to kidnap and injure the FBI agent and the FBI agent's family.

In violation of 18 U.S.C. § 875(c).

<u>Count Two</u>
Influencing, Impeding, or Retaliating against a Federal Official
(Violation of 18 U.S.C. § 115(a)(1)(B))

On or about June 11, 2024, in the Northern District of Texas and elsewhere, defendant, **Timothy Muller**, did threaten to assault, kidnap, and murder a federal agent with the FBI, and did so with the intent to impede, intimidate, interfere with, and retaliate against the FBI agent on account of the FBI agent's official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

TIMOTHY MULLER (01)

INDICTMENT

18 U.S.C. § 875(c)
Interstate Communications
Count 1

18 U.S.C. § 115(a)(1)(B)
Influencing, Impeding, or retaliating against a Federal Official
Count 2

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this ___2d___ day of July 2024.

**Defendant on Conditions of Release**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Case Number: 4:24-MJ-479-BP